ACCEPTED
15-25-00020-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/11/2025 3:07 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00020-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/11/2025 3:07:10 PM
CHRISTOPHER A. PRINE
Clerk

IN THE FIFTEENTH COURT OF APPEALS

Storable, Inc.; RedNova Labs, Inc. (d/b/a storEDGE); Sitelink
Software, LLC; Easy Storage Solutions, LLC; Bader Co.; and
Property First Group, LP,

Appellants,

v.

SafeLease Insurance Services, LLC,

Appellee.

On Appeal from the Third Division of the Texas Business Court
Cause No. 25-BC03A-0001

## UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE APPELLANTS' REPLY BRIEF

GREENBERG TRAURIG, LLP

Dale Wainwright
State Bar No. 00000049
dale.wainwright@gtlaw.com
Justin Bernstein
State Bar No. 24105462
justin.bernstein@gtlaw.com
300 West 6th Street, Suite 2050
Austin, Texas 78701
T: (512) 320-7200
F: (512) 320-7210

COUNSEL FOR APPELLANTS

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellants file this unopposed motion requesting an extension of time to file Appellants' Reply Brief.

The current deadline for filing Appellants' Reply Brief is July 28, 2025. Appellants requests a thirty (30) day extension of time up to and including August 27, 2025, to file Appellants' Reply Brief. This is Appellants' second request for an extension of this deadline. Appellee is unopposed to this requested extension.

Appellants seek an extension not for the purpose of delay, but for adequate time to prepare a cogent brief that will assist the Court. In addition, the following court deadlines of Appellants' appellate counsel necessitate this additional time, including but not limited to the following:

- No. D-1-GN-25-000961; *Britteny Nova, et al v. Greystar Development, et al*; in the 98th Judicial District Court of Travis County, Texas—Depositions scheduled from June 12, 2025 to September 11, 2025.

- No. 24-0541; *Albertson Companies, Inc., et al. v. County of Dallas*; in the Supreme Court of Texas—Reply on the Merits due on July 11, 2025.

- No. 15-25-00109-CV; *In re Storable, Inc., et al*; in the Fifteenth Court of Appeals, Austin, Texas—Reply to response that is due on July 11, 2025.

- Out-of-state participation in the Texas Association of Defense Counsel's summer conference—July 17-18, 2025.

- No. DC-24-21597; *Louis Williams v. Amazon Services, LLC*; in the 68th Judicial District of Dallas County, Texas—Motion to Dismiss hearing anticipated to occur in early August 2025.

- No. 23-0607; *Renaissance Medical Foundation v. Lugo*; in the Supreme Court of Texas—Motion for Partial Rehearing due on August 8, 2025.

- No. D-202-CV-2024-03337; *City Mobile Group, LLC v. WW Healthcare, LLC, et al.*; in the Second District Court of New Mexico—Scheduling Conference on August 14, 2025.

**PRAYER**

Appellants pray that the Court grant this Motion and extend the time to file Appellants' Reply up to and including Wednesday, August 27, 2025.

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: */s/Dale Wainwright*
        Dale Wainwright
        State Bar No. 00000049
        dale.wainwright@gtlaw.com
        Justin Bernstein
        State Bar No. 24105462
        justin.bernstein@gtlaw.com
        300 West 6th Street, Suite 2050
        Austin, Texas 78701
        T: (512) 320-7200
        F: (512) 320-7210

COUNSEL FOR APPELLANTS

**CERTIFICATE OF CONFERENCE**

I certify that I communicated about this Motion with counsel for Appellee, who advised that Appellee is unopposed to the requested extension of time.

> /s/ Justin Bernstein
> Justin Bernstein

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion was served on all counsel of record by using the Court's e-filing system on the 11th day of July, 2025.

/s/ Dale Wainwright
Dale Wainwright

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sylvia Dominguez on behalf of Dale Wainwright
Bar No. 49
sylvia.dominguez@gtlaw.com
Envelope ID: 103041640
Filing Code Description: Motion
Filing Description: Second MET
Status as of 7/11/2025 3:23 PM CST

Associated Case Party: Storable, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Cathy Hodges | | catherine.hodges@aporter.com | 7/11/2025 3:07:10 PM | SENT |
| Dale Wainwright | | dale.wainwright@gtlaw.com | 7/11/2025 3:07:10 PM | SENT |
| Justin Bernstein | | bernsteinju@gtlaw.com | 7/11/2025 3:07:10 PM | SENT |
| Ray Torgerson | | rtorgerson@porterhedges.com | 7/11/2025 3:07:10 PM | SENT |
| Carolyn Reed | | creed@porterhedges.com | 7/11/2025 3:07:10 PM | SENT |
| Jonna Summers | | jsummers@porterhedges.com | 7/11/2025 3:07:10 PM | SENT |
| Lakshmi Kumar | | lkumar@porterhedges.com | 7/11/2025 3:07:10 PM | SENT |
| Dolores Brunelle | | dbrunelle@porterhedges.com | 7/11/2025 3:07:10 PM | SENT |
| Liza Eoff | | leoff@porterhedges.com | 7/11/2025 3:07:10 PM | SENT |
| Neil KentonAlexander | | kalexander@porterhedges.com | 7/11/2025 3:07:10 PM | SENT |

Associated Case Party: SafeLease Insurance Services, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Yetter Coleman | | efile@yettercoleman.com | 7/11/2025 3:07:10 PM | SENT |
| Delonda Dean | | ddean@yettercoleman.com | 7/11/2025 3:07:10 PM | SENT |
| Cody Coll | | cody@stonehilton.com | 7/11/2025 3:07:10 PM | SENT |
| Courtney Smith | | csmith@yettercoleman.com | 7/11/2025 3:07:10 PM | SENT |
| Luke A.Schamel | | lschamel@yettercoleman.com | 7/11/2025 3:07:10 PM | SENT |
| Christopher Hilton | | chris@stonehilton.com | 7/11/2025 3:07:10 PM | SENT |
| Judd Stone | | Judd@stonehilton.com | 7/11/2025 3:07:10 PM | SENT |
| Alyssa Smith | | asmith@yettercoleman.com | 7/11/2025 3:07:10 PM | SENT |
| Bonnie Chester | | bonnie@stonehilton.com | 7/11/2025 3:07:10 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sylvia Dominguez on behalf of Dale Wainwright
Bar No. 49
sylvia.dominguez@gtlaw.com
Envelope ID: 103041640
Filing Code Description: Motion
Filing Description: Second MET
Status as of 7/11/2025 3:23 PM CST

Associated Case Party: SafeLease Insurance Services, LLC

| Bonnie Chester | | bonnie@stonehilton.com | 7/11/2025 3:07:10 PM | SENT |
|---|---|---|---|---|
| Alexander Dvorscak | | alex@stonehilton.com | 7/11/2025 3:07:10 PM | SENT |
| Shannon Smith | | ssmith@yettercoleman.com | 7/11/2025 3:07:10 PM | SENT |
| R. Paul Yetter | | pyetter@yettercoleman.com | 7/11/2025 3:07:10 PM | SENT |
| Susanna R.Allen | | sallen@yettercoleman.com | 7/11/2025 3:07:10 PM | SENT |
| Rosalinda Luna | | rosie@stonehilton.com | 7/11/2025 3:07:10 PM | SENT |